

# Fourth Court of Appeals
## San Antonio, Texas

April 5, 2013

No. 04-13-00032-CV

**TEXAS DEPARTMENT OF PUBLIC SAFETY,**
Appellant

v.

Jose Luis **CHAPA,**
Appellee

From the 111th Judicial District Court, Webb County, Texas
Trial Court No. 2012-CVK-000745-D2
Honorable Monica Z. Notzon, Judge Presiding

## O R D E R

Appellee Jose Luis Chapa's brief was due March 27, 2013. Neither the brief nor a motion for extension of time was filed.

We **order** appellee to file his brief by **April 15, 2013.** If the brief is not filed by the date ordered, we will order the case submitted without an appellee's brief.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of April, 2013.

_____
Keith E. Hottle
Clerk of Court